MISCHA S. JACOBSON, Appellant, v. LYMAN IRISH, Respondent.— Order denying plaintiff's motion to strike out second amended answer or, in the alternative, to strike out certain defenses and parts thereof, affirmed, with ten dollars costs

and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.